IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| EDWARD JOHNSON, | § | |
| Petitioner, | § § § | |
| v. | § | 1:20-CV-600-RP |
| SHERIFF SALLY HERNANDEZ, | § § § | |
| Respondent. | § § | |

## ORDER

Before the Court is the order and report and recommendation of United States Magistrate Judge Mark Lane concerning Petitioner Edward Johnson's ("Johnson") Application for Writ of Habeas Corpus Reduction of Excessive Bail, (Dkt. 1). (R. & R., Dkt. 14). Judge Lane granted Johnson's Application to Proceed In Forma Pauperis, (Dkt. 2), severed Johnson's Supplemental Complaint, (Dkt. 8), into a new case, and substituted Sheriff Hernandez as the respondent in this case. (*Id.* at 7). In his report and recommendation, Judge Lane recommends that the Court dismiss without prejudice Johnson's Application. (*Id.*). Johnson timely filed objections to the report and recommendation. (Objs., Dkt. 18).

A party may serve and file specific, written objections to a magistrate judge's findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure *de novo* review by the district court. 28 U.S.C. § 636(b)(1)(C). Because Johnson timely objected to each portion of the report and recommendation, the Court reviews the report and recommendation *de novo*. Having done so, the Court overrules Johnson's objections and adopts the report and recommendation as its own order.

1

Accordingly, **IT IS ORDERED** that the report and recommendation of United States Magistrate Judge Mark Lane, (Dkt. 14), is **ADOPTED**. Johnson's Application for Writ of Habeas Corpus Reduction of Excessive Bail, (Dkt. 1), is **DISMISSED WITHOUT PREJUDICE**.

**SIGNED** on December 14, 2020.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE