IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| EDWARD JOHNSON, | § § § | |
| Petitioner, | § § | |
| v. | § § | 1:20-CV-600-RP |
| SHERIFF SALLY HERNANDEZ, | § § § | |
| Respondent. | § § | |

## FINAL JUDGMENT

On December 14, 2020, the Court issued an order adopting the report and recommendation, (Dkt. 14), and dismissed Petitioner's Application for Writ of Habeas Corpus Reduction of Excessive Bail, (Dkt. 1). As nothing remains to resolve, the court renders final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**IT IS ORDERED** that each party bear its own costs.

**SIGNED** on December 14, 2020.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE